Mario DiSalvo, Esq. SBN 199113
Attorney at Law
1060 Fulton Mall, Suite 411
Fresno, California 93721
Phone (559) 442-1552
Facsimile (559) 442-156

Attorney for Jesus Torres Gomez

FILED

2006 JAN 12 P 2: 38

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>JESUS TORRES GOMEZ<br>Defendant. | CASE NO. 05 CR.F. 0023 ~~REC~~ OWW<br><br>SUBSTITUTION OF ATTORNEY |

**COMES NOW** defendant, JESUS TORRES GOMEZ, and hereby requests to allow MARIO DISALVO, 1060 Fulton Mall, Suite 411, Fresno Ca. 93721, telephone(559) 442-1552, fax (559) 442-1567; to substitute-in as his attorney of record, in place of the Federal Defender's Office.

I agree to the above association
Dated: 12/22/05

JESUS TORRES GOMEZ

I agree the above association
Dated: 12/22/05

MARIO DISALVO, ESQ.

I agree the above ~~association~~ substitution
Dated:

ROGER K. VEHRS, ESQ.

IT IS SO ORDERED:
Dated: 1-12-06

UNITED STATES DISTRICT COURT